JAMES J. WALDORF (SBN 38297)
KATHRYN E. VAN HOUTEN (SBN 143402)
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 900
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile: (818) 240-7728

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LATANYA M. REDMOND, AKA LATANYA REDMOND, <br><br> Defendant. | CASE No.: ACV 00-1920 <br><br> REQUEST FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER; ORDER <br><br> [Rule 4(c), Fed.R.Civ. P.; Local Rules 19.2 and 19.3] <br> [No Hearing Required] |

Plaintiff, UNITED STATES OF AMERICA, pursuant to the provisions of Rule 4(c) of the Federal Rules of Civil Procedure and Rules 19.2 and 19.3 of the Local Rules of Practice of the United States District Court for the Central District of California, request that any registered process server who is at least 18 years of age, of suitable discretion and not a party to the within action, be authorized and appointed to serve the writs in the above case. The U.S. Marshal shall remain as the Levying Officer.

Dated: December 1, 2006                Respectfully submitted,

                                       IRSFELD, IRSFELD & YOUNGER LLP

                                       By: _____
                                           James J. Waldorf
                                           Attorneys for Plaintiff

1