JAMES J. WALDORF (SBN 38297)
KATHRYN E. VAN HOUTEN (SBN 143402)
IRSFELD, IRSFELD, & YOUNGER LLP
100 W. BROADWAY, STE #900
GLENDALE, CA 91210

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> PLAINTIFF(S) <br><br> v. <br><br> LATANYA M. REDMOND, AKA LATANYA REDMOND, <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV 00-1920 <br><br> **AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION** |

[X] State of California, County of LOS ANGELES
[ ] State of _____, County of _____

I, JAMES J. WALDORF _____ hereby state under penalty of perjury that,

1. Judgment for $ 5,001.86 was entered on 05/09/2000 on the docket of the above-entitled action in the U.S. District Court, Central District of California in favor of UNITED STATES OF AMERICA as Judgment Creditor, and against LATANYA M. REDMOND, AKA LATANYA REDMOND, as Judgment Debtor.

   **If this is a Registered Judgment from another Court or District, include the following information.*** Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case Number _____ in the United States District Court for the _____ District of _____ and which has become FINAL.

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of judgment in the CENTRAL District of CALIFORNIA are the following sums:
   $ 2,034.73 accrued interest, computed at 6.20 % *(See note.)*
   $ 0.00 accrued costs

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct. Executed at GLENDALE, State of CALIFORNIA, this 1ST date of DECEMBER, 2006.

Signature *[signed] James J. Waldorf*
JAMES J. WALDORF

*Note: Judgments registered under 28 U.S.C. §1963 bear the rate of interest of the district of origin and calculated as of the date of entry in that district.

CV-24 (06/01)   AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION   CCD-24