FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC - 8 2006

CENTRAL DISTRICT OF CALIFORNIA
BY

Priority     X
Send
Enter
Closed
JS-5/JS-6    X
JS-2/JS-3
Scan Only

1  JAMES J. WALDORF (SBN 38297)
   KATHRYN E. VAN HOUTEN (SBN 143402)
2  IRSFELD, IRSFELD & YOUNGER LLP
   100 W. Broadway, Ste. 900
3  Glendale, CA 91210
   Telephone: (818) 242-6859
4  Facsimile: (818) 240-7728

5  Attorneys for Plaintiff

8              UNITED STATES DISTRICT COURT
9          FOR THE CENTRAL DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,   )   CASE No.: ACV 00-1920
                                 )
12 |           Plaintiff,         )   ORDER FOR SERVICE OF
                                 )   PROCESS BY REGISTERED
13 |                              )   PROCESS SERVER
                                 )
14 |          vs.                 )
                                 )
15 | LATANYA M. REDMOND, AKA     )
     LATANYA REDMOND,            )
                                 )   [Rule 4(c), Fed.R.Civ. P.;
16 |                              )   Local Rules 19.2 and 19.3]
                                 )   [No Hearing Required]
     |         Defendant.         )
17 |                              )

18 IT IS SO ORDERED:

        Any registered process server who is at least 18 years of age, of suitable
discretion and not a party to the within action, is authorized and appointed to serve
the writs in the above case. The U.S. Marshal shall remain as the Levying Officer.
As the plaintiff is the United States of America, any fees for the U.S. Marshal shall
be waived.

DATE:  DEC - 7 2006              /s/ Alicemarie H. Stotler
                                 ALICEMARIE H. STOTLER
                                 UNITED STATES DISTRICT JUDGE

DOCKETED ON CM
DEC 12 2006
BY              004

2